**In re Barbara Kim DANG, Debtor,**

Barbara Kim Dang, Debtor–Appellant,

v.

Bank of America, NA; Northwest Trustee Services, Defendants–Appellees,

Ellen W. Cosby, Trustee–Appellee.

No. 13–1743.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 24, 2013.

Barbara Kim Dang, Appellant Pro Se. Tillman J. Breckenridge, Daniel Zev Herbst, Reed Smith, LLP, Washington, D.C.; Aaron Drew Neal, McNamee, Hosea, Jernigan, Kim, Greenan & Walker, PA, Greenbelt, Maryland; Ellen W. Cosby, Towson, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara Kim Dang appeals from the district court's order dismissing her adversary proceeding that was filed in the bankruptcy court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated

---

* Hinton also seeks similar relief on behalf of twelve other inmates, eight of whom did not sign the mandamus petition. The remaining four inmates who did sign the petition have not paid a filing fee or filed an application to proceed in forma pauperis. Thus, we do not address their claims.

by the district court. *Dang v. Bank of America, NA,* No. 1:12–cv–03343–RDB (D.Md. Apr. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*